IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES ROSS**                                                                      **PLAINTIFF**

**V.**                                      **NO. 3:05CV00271GH**

**TOWN AND COUNTRY INTERNATIONAL, INC. and**
**RICELAND INTERNATIONAL, INC.**                                 **DEFENDANTS**

### AGREED PROTECTIVE ORDER

1.  Except as otherwise ordered by the Court, this Order shall apply to all documents and items supplied by Charles Ross, Town and Country International, Inc. and Riceland International, Inc. in this case which are designated as "confidential" or "subject to protective order" or similar designation.

2.  Information revealed or contained in a deposition which is confidential pursuant to this Order shall be identified in the deposition as being confidential and subject to this Order. That portion of the deposition shall thereafter be separately reflected as confidential and being subject to this protective order.

3.  Except with prior written consent of counsel for Charles Ross, Town and Country International, Inc. and Riceland International, Inc. or prior order of the Court, confidential information subject to this protective order shall only be disclosed as follows: (a) to counsel of record for the respective parties including their office and clerical staff; (b) officers, directors and necessary employees of any party in connection with the trial preparation of that party in this case; (c) expert witnesses or consultants engaged by a party to assist in the prosecution or defense of the action provided such witnesses and consultants separately agree to be bound and governed by the terms of this order; (d) the Court and Court personnel subject to such safeguards as the Court may

deem necessary; and (e) non-party witnesses and their counsel only to the extent disclosure is necessary for their testimony and provided that they shall separately agree to be bound and governed by the terms of this Order.

4. All parties and persons to whom confidential information and/or documents are disclosed are authorized only to use such information and documents in connection with this action and are precluded from disclosing the information or documents to any other person except as specifically provided herein. No person receiving or reviewing such confidential information shall disclose it or its contents to any person other than those authorized by this order and for the purposes specified in this order.

5. At the conclusion of this litigation, the parties and their counsel shall, upon request, return to counsel for Charles Ross, Town and Country International, Inc. and Riceland International, Inc. all documents and items which are confidential and supplied subject to this order as well as any copy, notes, or record of confidential information supplied by Charles Ross, Town and Country International, Inc. and Riceland International, Inc. subject to this order including copies supplied to experts, consultants, or witnesses.

6. If any party disputes the designation of any particular document or information as confidential and subject to this protective order then, in that event, the parties so disputing the designation may apply to the court for a determination as to whether that particular document or information should be subject to this protective order.

**IT IS SO ORDERED**

_____
JUDGE GEORGE HOWARD, JR.

DATE: August 14, 2006

APPROVED AS TO FORM:

*/s/ Franki Heenan*

L. Oneal Sutter
Franki E. Heenan
Harrill & Sutter, P.L.L.C.
Post Office Box 26321
310 National Resources Drive
Little Rock, AR  72221-6321

*/s/ Glenn W. Jones*

Glenn W. Jones
James D. Robertson
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR   72201-3414
Counsel for Town and Country International, Inc. and
Riceland International, Inc.