IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES ROSS                                                                                       PLAINTIFF

vs.                                              CASE NO. **3:05CV000271GH**

TOWN AND COUNTRY INTERNATIONAL,
INC., ET AL.                                                                                     DEFENDANTS

### **ORDER**

The trial in this matter scheduled for the week of April 9, 2007 will be held in the Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, Courtroom 2A.

IT IS SO ORDERED this 8th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-