IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


CHARLES ROSS

VS            NO. 3:05CV00271 GH

TOWN AND COUNTRY INTERNATIONAL, INC. ET AL

## **ORDER**

Upon motion of the parties (#31) and for good cause shown, the above styled case is continued on the court's calendar to the week of August 20, 2007 in Jonesboro.

The discovery cutoff is extended to May 4, 2007. Dispositive motions are due may 25, 2007. Pretrial conference information sheets, exhibit and witness lists are due June 8, 2007. Jury instructions are due August 6, 2007.

All deadlines not changed herein remain in effect.

Dated this 23rd day of March, 2007.


AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK CLERK


BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK