IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES ROSS

VS				NO. 3:05CV00271 GH

TOWN & COUNTRY INTERNATIONAL INC. ET AL

**ORDER**

  The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order. The court retains jurisdiction for 30 days from the date of this order.

  DATED: APRIL 19, 2007

            AT THE DIRECTION OF THE COURT

            JAMES W. MCCORMACK, CLERK


            BY: /s/ Patricia L. Murray
              COURTROOM DEPUTY CLERK